UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRYL HAMMOND
(DOC. #313890)

CIVIL ACTION

VERSUS

NO. 11-168-JJB-CN

LYNN COOPER, ET AL.

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 18, 2011 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by Darryl Hammond is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Baton Rouge, Louisiana, September 14, 2011.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA